

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2015

No. 04-14-00820-CV

Buddy **CASTEEL** and Jaret B. Casteel,
Appellant

v.

Amelia **STAYTON** and Ray Baugh,
Appellees

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2014-3228-DC
Honorable Watt Murrah, Judge Presiding

## O R D E R

On December 9, 2014, the district clerk filed a notice of late clerk's record. The clerk's record was subsequently filed on December 16, 2014. The notice of late clerk's record is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court